1190

No. 99–390. PAULK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–424. BROWN ET AL. v. NORTH CAROLINA DIVISION OF MOTOR VEHICLES. C. A. 4th Cir. Certiorari denied.

No. 99–940. DEBOSE ET AL. v. NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1417. CALIFORNIA DEPARTMENT OF MOTOR VEHICLES v. DARE ET AL., INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED. C. A. 9th Cir. Certiorari denied.

No. 99–2077. UNITED STATES v. BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES FOR NORTHEASTERN ILLINOIS UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–7. STEVENS v. ILLINOIS DEPARTMENT OF TRANSPORTATION. C. A. 7th Cir. Certiorari denied.

No. 00–127. SEMICONDUCTOR ENERGY LABORATORY CO., LTD. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.; and
No. 00–138. SAMSUNG ELECTRONICS CO., LTD., ET AL. v. SEMICONDUCTOR ENERGY LABORATORY CO., LTD. C. A. Fed. Cir. Certiorari denied. Reported below: 204 F. 3d 1368.

No. 00–156. PRODUCTION CREDIT ASSOCIATION OF EASTERN NEW MEXICO v. TAXATION AND REVENUE DEPARTMENT OF NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 00–263. NEINAST v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–554. UNITED STATES v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–611. WALKER v. MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.